FILED
DISTRICT COURT OF GUAM
AUG 16 2004
MARY L. M. MORAN
CLERK OF COURT



# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| THE ESTATE OF OLIMPIO MONTOYA, By and Through ALFREDO ESPIRITU MONTOYA, Special Administrator, ANDREA MONTOYA, Surviving Spouse, RAYMUNDO E. MONTOYA, JOSEFINA AGUILAR, BAYANIE MONTOYA, JULIETA M. REYES, ALFREDO ESPIRITU MONTOYA and OLIVER MONTOYA, Surviving Children,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTINENTAL AIRLINES, INC., CONTINENTAL MICRONESIA, INC., and DOE INSURANCE COMPANIES I through V,<br><br>Defendant. | Civil Case No. 04-00018<br><br><br><br>ORDER |

IT IS HEREBY ORDERED that counsel shall appear before the Court on Wednesday, August 25, 2004 at 10:00 a.m. for a Scheduling Conference.

SO ORDERED this 16th day of August, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge