FILED
DISTRICT COURT OF GUAM
AUG 25 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| THE ESTATE OF OLIMPIO MONTOYA, By and Through ALFREDO ESPIRITU MONTOYA, Special Administrator, ANDREA MONTOYA, Surviving Spouse, RAYMUNDO E. MONTOYA, JOSEFINA AGUILAR, BAYANIE MONTOYA, JULIETA M. REYES, ALFREDO ESPIRITU MONTOYA and OLIVER MONTOYA, Surviving Children, <br><br>Plaintiffs, <br><br>vs. <br><br>CONTINENTAL AIRLINES, INC., CONTINENTAL MICRONESIA, INC., and DOE INSURANCE COMPANIES I through V, <br><br>Defendant. | Civil Case No. 04-00018 <br><br><br><br><br><br><br><br><br><br>MINUTES |

(✓) SCHEDULING CONFERENCE     ( ) PRELIMINARY PRETRIAL CONFERENCE
(August 25, 2004, 10:05 a.m.)

( ) FINAL PRETRIAL CONFERENCE    ( ) STATUS CONFERENCE

**Notes**: Appearing on behalf of the Plaintiffs was Attorney William Gavras. Attorney Donald Calvo appeared on behalf of the Defendants.

Attorney Gavras requested that the length of the trial noted on the proposed Scheduling Order be changed from "2-3 days" to "4-5 days." Without objection, the Magistrate Judge made the correction. The Magistrate Judge also advised counsel of the minor changes made to deadlines in the proposed Scheduling Order. Thereafter, the Magistrate Judge signed the

Scheduling Order and authorized the simultaneous filing of the Discovery Plan submitted by the parties.

The Magistrate Judge discussed the possibilities of settlement with counsel. Counsel both requested that a settlement conference be scheduled at the earliest date possible. Counsel would consult their respective calendars and advise the Court as to an appropriate date to schedule the settlement conference.

The Magistrate Judge and counsel briefly discussed Guam law and whether all named plaintiffs or just the estate administrator were required to approve any settlement reached.

The Scheduling Conference concluded at 10:15 a.m.

Dated: August 25, 2004

_____
JUDITH P. HATTORI
Law Clerk