ORIGINAL

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
SEP -2 2004
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| THE ESTATE OF OLIMPIO MONTOYA, By and Through ALFREDO ESPIRITU MONTOYA, Special Administrator, ANDREA MONTOYA, Surviving Spouse, RAYMUNDO E. MONTOYA, JOSEFINA AGUILAR, BAYANIE MONTOYA, JULIETA M. REYES, ALFREDO ESPIRITU MONTOYA and OLIVER MONTOYA, Surviving Children,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTINENTAL AIRLINES, INC., CONTINENTAL MICRONESIA, INC., and DOE INSURANCE COMPANIES I through V,<br><br>Defendant. | Civil Case No. 04-00018<br><br><br><br>MINUTES |

( ) SCHEDULING CONFERENCE        ( ) PRELIMINARY PRETRIAL CONFERENCE

( ) FINAL PRETRIAL CONFERENCE   (√) SETTLEMENT CONFERENCE
(September 2, 2004)

**Notes**: The Scheduling Conference commenced at approximately 10:05 a.m. Attorney William Gavras, the Special Administrator Alfredo E. Montoya, Juanita S. Montoya, and Attorney David Ledger appeared before Magistrate Judge Manibusan in chambers.

At approximately 10:35 a.m., Magistrate Judge Manibusan requested that I, Judith P. Hattori, join counsel and parties in chambers for the limited purpose of taking minutes relating to

representations to be made by counsel and Mr. Montoya.

Attorney Gavras represented that he spoke with all the plaintiffs in this case and stated that if the Special Administrator agreed to the terms of a settlement, all the plaintiffs would also agree to accept said terms. Attorney Gavras stated that the Special Administrator would also make the same representation. Special Administrator Alfredo E. Montoya agreed with Attorney Gavras.

Attorney Ledger then stated that all the plaintiffs and the Special Administrator also made the same representation as to a formal settlement agreement and a Rule 41 dismissal. Attorney Ledger stated that if the Superior Court of Guam were to inquire into or consider a settlement agreement reached in this case, none of the plaintiffs would challenge the settlement agreement in the Superior Court action. Attorney Gavras concurred with Attorney Ledger's statements. Special Administrator Alfredo E. Montoya did not object to Attorney Ledger's statements.

Thereafter, I left chambers, and counsel, the parties, and Magistrate Judge Manibusan continued with the Settlement Conference.

Dated: September 2, 2004

_____
JUDITH P. HATTORI
Law Clerk

APPROVED AS TO FORM:

_____
WILLIAM L. GAVRAS, ESQ.

_____
DAVID P. LEDGER, ESQ.