ORIGINAL

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
SEP -2 2004
MARY L. M. MORAN
CLERK OF COURT
(13)

| | |
|---|---|
| THE ESTATE OF OLIMPIO MONTOYA, By and Through ALFREDO ESPIRITU MONTOYA, Special Administrator, ANDREA MONTOYA, Surviving Spouse, RAYMUNDO E. MONTOYA, JOSEFINA AGUILAR, BAYANIE MONTOYA, JULIETA M. REYES, ALFREDO ESPIRITU MONTOYA and OLIVER MONTOYA, Surviving Children, <br><br>Plaintiffs, <br><br>vs. <br><br>CONTINENTAL AIRLINES, INC., CONTINENTAL MICRONESIA, INC., and DOE INSURANCE COMPANIES I through V, <br><br>Defendant. | Civil Case No. 04-00018 <br><br><br><br><br><br>MINUTES |

( ) SCHEDULING CONFERENCE      ( ) PRELIMINARY PRETRIAL CONFERENCE

( ) FINAL PRETRIAL CONFERENCE  (√) SETTLEMENT CONFERENCE
                                                                (September 2, 2004)

**Notes**: At approximately 12:21 p.m., I was asked to rejoin counsel, the parties, and Magistrate Judge Manibusan in chambers. Attorney William Gavras stated that a settlement had been reached in the amount of $475,000.00. Magistrate Judge Manibusan specifically asked Special Administrator Alfredo E. Montoya whether he consents to and approves the amount as stated by his attorney, and Mr. Montoya responded "yes." Attorney David Ledger stated he too consents

to and approves the settlement amount of $475,000.00. Thereafter, the Settlement Conference concluded.

Dated: September 2, 2004.

_____
JUDITH P. HATTORI
Law Clerk