William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
The Estate of Olimpio Montoya,
by and through Alfredo Espiritu
Montoya, Special Administrator;
Andrea Montoya, Surviving Spouse;
Raymundo E. Montoya, Josefina Aguilar,
Bayanie Montoya, Julieta M. Reyes,
Alfredo Espiritu Montoya and Oliver Montoya;
Surviving Children

FILED
DISTRICT COURT OF GUAM
NOV 19 2004
MARY L. M. MORAN
CLERK OF COURT



## IN THE DISTRICT COURT OF GUAM

The Estate of Olimpio Montoya,
by and through Alfredo Espiritu
Montoya, Special Administrator;
Andrea Montoya, Surviving Spouse;
Raymundo E. Montoya, Josefina Aguilar,
Bayanie Montoya, Julieta M. Reyes,
Alfredo Espiritu Montoya and Oliver Montoya;
Surviving Children,

    Plaintiffs,

vs.

CONTINENTAL AIRLINES, INC.;
CONTINENTAL MICRONESIA INC.;
and DOE Insurance Companies
I through V,

    Defendants

CIVIL CASE NO. CV04-00018

STIPULATION and ORDER
FOR DISMISSAL

COME NOW the parties, by and through their attorneys of record, and hereby request the Court to dismiss the above-entitled action with prejudice, as the parties have amicably resolved the matters in controversy.

ORIGINAL

Montoya, et. al. v. Continental Airlines, Inc., et. al
Stipulation and Order for Dismissal
November, 2004

IT IS SO STIPULATED.

LAW OFFICES OF GORMAN & GAVRAS

Date: November 17, 2004   By: _____
WILLIAM L. GAVRAS, ESQ.
Attorney for Plaintiffs

CARLSMITH BALL, LLP

Date: November 18, 2004   By: _____
DAVID LEDGER, ESQ.
Attorneys for Defendants

## ORDER

The above-entitled case is hereby dismissed with prejudice pursuant to this Stipulation.

Dated: 11/19/2004   _____
MORRISON C. ENGLAND, JR.
Judge, U.S. District Court of Guam

RECEIVED
NOV 19 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM